UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VERA JOYCE ABRAHAMSON, )<br>)<br>Defendant, )<br>)<br>ITW FOOD EQUIPMENT GROUP, LLC, )<br>)<br>Garnishee Defendant. ) | CR NO. 299-00015-001 |

**AGREED FINAL ORDER IN GARNISHMENT**

The parties, The United States of America, the judgment defendant, Vera Joyce Abrahamson, also known as Vera Joyce Hyden, and the garnishee defendant, ITW Food Equipment Group, LLC, agree and stipulate as follow:

1. The judgment defendant's name is Vera Joyce Abrahamson, aka Vera Joyce Hyden, Social Security No. XXX-XX-6314 and her last known address is 342 Holly Hill Rd., Richmond Hill, Georgia 31324.

2. On October 18, 2007, a Writ of Continuing Garnishment was sent to the defendant and garnishee defendant October 10, 2007, by first-class mail.

3. The judgment defendant, Vera Joyce Abrahamson, aka Vera Joyce Hyden, agrees and stipulates that her wages are subject to garnishment under section 3205 of the Federal Debt Collection Act, 28 U.S.C. §3205 and expressly agrees and stipulates that the entry of a Final Order in Garnishment is proper.

4. The parties therefore agree and stipulate to the entry of a final order in garnishment against the non-exempt wages of the judgment defendant, Vera Joyce Abrahamson, aka Vera Joyce Hyden. It is expressly agreed and stipulated to by the parties that the garnishee defendant, Vera Joyce Abrahamson, aka Vera Joyce Hyden, shall pay into the hands of the United States District Court Clerk, at least monthly, the **lesser** of:

1. $311.00 per pay period from judgment defendant's disposable earnings for a period of 120 Months, beginning January, 1, 2008.

2. Twenty-five percent (25%) of judgment defendant's disposable earnings; or

3. All amounts of judgment defendant's disposable earnings in excess of thirty times the federal minimum hourly wage.

See 15 U.S.C. §1673(a).

To calculate disposable earnings, subtract the following from wages, commissions, and income:

1. Federal Income Tax
2. Federal Social Security Tax
3. GEORGIA Adjusted Gross Income Tax
4. County Option Tax (if any).

5. The parties further agree and stipulate that these sums are paid up through December, 2027, at which time the judgment defendant's financial status will be reviewed and the garnishee defendant will be notified of the increased amount to pay to the United States District Court Clerk's Office. These deductions are to continue until the unpaid balance, plus accruing interest, is fully paid and satisfied.

Checks should be made payable to the United States District Court Clerk and mailed to the United States District Court Clerk's Office, P.O. Box 8286 Savannah, GA 31412.

Respectfully submitted,

EDMUND A. BOOTH, JR.
UNITED STATES ATTORNEY

_/s/ Ruth H. Young_
Ruth H. Young
Assistant United States Attorney
Georgia Bar No. 198489

_/s/ Vera J. Hyden_ *
Vera Joyce Abrahamson Hyden
Judgment Defendant * signed without the advice of an attorney

_/s/ Lawanda Hayford_
ITW Food Equipment Group, LLC
Garnishee

APPROVED AND SO ORDERED this 20 day of Dec., 2007.

_/s/ Anthony A. Alaimo_
HONORABLE ANTHONY A. ALAIMO
SENIOR JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA